1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

LYNDA A. NEWMAN,

10
                              NO. CIV. S-11-1586 LKK/GGH

11          Plaintiff,

12      v.
                              O R D E R

13   FEDERAL HOME LOAN MORTGAGE
     CORPORATION; WELLS FARGO &

14   COMPANY; WELLS FARGO BANK
     N.A.; TITANIUM SOLUTIONS,

15

16          Defendants.

17   _____/

18       Defendants Federal Home Loan Mortgage Corporation, Wells Fargo

19   & Company, and Wells Fargo Bank, N.A. filed a motion to dismiss and

20   a motion to strike portions of plaintiff Lynda Newman's complaint,

21   which are set to be heard on August 29, 2011. Pursuant to Local

22   Rule 230(c), plaintiff's oppositions or statements of non-

23   opposition were due on August 15, 2011. Plaintiff has not filed any

24   oppositions or a statements of non-opposition to the motions.

25       Based on the above, the court ORDERS as follows:

26       1.   Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in

                              1

1    writing why sanctions should not issue in accordance
2    with Local Rule 110, including a fine of $150 and/or
3    dismissal of this case, for their failure to file any
4    oppositions or statements of non-opposition to the
5    motions. <u>See also</u> Fed. R. Civ. P. 41(b), <u>Link v. Wabash</u>
6    <u>R.R.</u>, 370 U.S. 626, 633 (1962). Counsel shall file a
7    response to this order to show cause no later than
8    August 29, 2011.
9    2.   Hearing on defendants' motion to dismiss and motion to
10   strike (Doc. Nos. 8, 9) is CONTINUED to September 12,
11   2011 at 10:00 a.m.
12   3.   Plaintiff shall file and serve her opposition or
13   statement of non-opposition on or before August 29,
14   2011. Defendants may file and serve a reply no later
15   than September 6, 2011.
16   IT IS SO ORDERED.
17   DATED:  August 17, 2011.
18
19
20   LAWRENCE K. KARLTON
     SENIOR JUDGE
21   UNITED STATES DISTRICT COURT
22
23
24
25
26

2