UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYNDA A. NEWMAN,

NO. CIV. S-11-1586 LKK/GGH

      Plaintiff,

   v.

O R D E R

FEDERAL HOME LOAN MORTGAGE
CORPORATION; WELLS FARGO &
COMPANY; WELLS FARGO BANK
N.A.; TITANIUM SOLUTIONS,

      Defendants.

_____/

On August 18, 2011, this court issued an Order to Show Cause why sanctions should not issue against plaintiff's counsel for failing to file an opposition or statement of non-opposition to motions filed by defendants. Plaintiff's counsel filed a response on August 29, 2011, and a Notice of Voluntary Dismissal of the case on the same day. In light of the Notice of Voluntary Dismissal, the court finds that sanctions are not appropriate.

The court ORDERS as follows:

////

1

1        [1]  The Clerk of the Court is directed to close the

2        case.

3        [2] All dates currently set in this case are VACATED.

4        [3] The pending motions, ECF Nos. 8, 9, 12, and 13, are

5        DENIED as MOOT.

6   IT IS SO ORDERED.

7   DATED:  September 2, 2011.

8

9

10   _____
    LAWRENCE K. KARLTON
11   SENIOR JUDGE
    UNITED STATES DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                              2